

# THE ATTORNEY GENERAL
## OF TEXAS

Grover Sellers
~~ATTORNEY GENERAL~~
ATTORNEY GENERAL

AUSTIN 11, TEXAS

Mr. C. G. Mendenhall
County Auditor
Chambers County
Anahuac, Texas

Dear Sir:

Opinion No. O-5898

Re: Whether the Commissioners Court of Chambers County has the legal authority to expend county funds to construct a short wave radio station for the use of the Sheriff and to employ operators for such station.

Your letter of June 14, 1944, requesting the opinion of this department regarding the above stated matters is as follows:

"Would you kindly advise us if in your opinion this county has authority to construct a short wave radio (Police) station for the use of the Sheriff, and also have we the authority to employ operators for such a station, expending county funds therefor."

Chambers County has a population of 7,511 inhabitants according to the 1940 Federal Census. We are informed by the Comptroller's Office that the county officials of said county are compensated on a fee basis. Paragraph (a) of Article 3899, Vernon's Annotated Civil Statutes, is applicable to counties where the county officials are compensated on a fee basis. This statute provides, in part, as follows:

"*** The commissioners' court of the county of the sheriff's residence may, upon the written and sworn application of the sheriff stating the necessity therefor, purchase equipment for a bureau of criminal identification such as cameras, finger print cards, inks, chemicals, microscopes, radio and laboratory equipment, filing cards, filing cabinets, tear gas and other equipment in keeping with the system in use by the Department of Public Safety of this State or the United States Department of Justice and/or Bureau of Criminal Identification. If such expenses be incurred in connection with any particular case, such statement shall name such case. Such expense account shall be subject to the audit of the county auditor, if any, otherwise by the Commissioners' Court; and if it appears that any item of such expense was not incurred by such officer or such item was not a necessary

expense of office, such item shall be by such
auditor or court rejected, in which case the
collections of such item may be adjudicated in
any court of competent jurisdiction. The amount
of salaries paid to assistants and deputies
shall also be clearly shown by such officer, giv-
ing the name, position, and amount paid each;
and in no event shall any officer show any greater
amount than actually paid any assistant or deputy.
The amount of such expenses, together with the
amount of salaries paid to assistants, deputies,
and clerks, shall be paid out of the fees earned
by such officer. ***"

Referring to the above mentioned provision of Article
3899, this department held in Opinion No. O-1906 that the com-
missioners' court is authorized to purchase and expend county
funds for a radio for the sheriff's office under the above arti-
cle.

Specifically answering your question, you are respect-
fully advised that it is the opinion of this department that the
Commissioners' Court of Chambers County is legally authorized to
purchase and expend county funds for a short wave radio station
for the Sheriff's Office, if the Commissioners' Court determines
that a necessity exists therefor, and provided, of course, such
expenditure is provided for in the county budget. It is our fur-
ther opinion that the Commissioners' Court does not have author-
ity to employ operators for such short wave radio station. In
the event the Sheriff has an assistant or a deputy to operate
such station, the employment of such assistant or deputy would
have to be authorized by the Commissioners' Court as provided by
Article 3902, Vernon's Annotated Civil Statutes, and such as-
sistant or employee would have to be compensated as authorized
by Article 3899, supra; that is, such expense would have to be
paid out of the fees earned by the Sheriff.

APPROVED JUN 23, 1944
/s/ Geo. C. Blackburn
(Acting) ATTORNEY GENERAL
OF TEXAS
APPROVED: OPINION COMMITTEE
BY:       BWB, CHAIRMAN

Yours very truly
ATTORNEY GENERAL OF TEXAS
By /s/ Ardell Williams
Ardell Williams, Assistant

AW:EP:wb